■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN MILLER, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.